**Michael A. HARRIS, Plaintiff,**

v.

**UNITED STATES of America, Defendant.**

**No. CIV A 00–5194 JEI.**

United States District Court, D. New Jersey.

Dec. 7, 2000.

Michael A. Harris, Fort Dix, NJ, Plaintiff Pro Se.

---

context (versus an academic context).

Paul A. Blaine, A.U.S.A., Office of the United States Attorney, Camden, NJ, Counsel for Defendant.

## ORDER VACATING ORDER DISMISSING PETITION AND RE–OPENING CASE

IRENAS, District Judge:

This matter having come before the Court upon its own motion and upon the filing of a copy of the jury charge transcript in the matter of *United States v. Michael A. Harris,* Criminal No. 93–001–NN (E.D.Va.), and it appearing that it is necessary to give full consideration to the issues raised in the within petition,

IT IS on this *7th* day of December, 2000,

**ORDERED THAT** the Court's November 1, 2000 Order Dismissing Petition is hereby **VACATED** and the within matter **REOPENED** pursuant to Fed.R.Civ.P. 60(b).